IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK C. JOHNSON, JR.,
and RUTH B. JOHNSON,

    Plaintiffs,

v.                                    CASE NO.: 1:09cv3-SPM/AK

J. K. IRBY,

    Defendant.
_____/

## ORDER OF DISQUALIFICATION

I hereby disqualify myself from handling this matter.

SO ORDERED this 6th day of January, 2009.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge