IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK C JOHNSON, JR, RUTH B JOHNSON,

    Plaintiffs,

v.                                            CASE NO. 1:09-cv-00003-MP-AK

J K BUDDY IRBY,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 40, Report and Recommendation of the Magistrate Judge, recommending dismissal of the action and revocation of the Johnson's ability to initiate actions in forma pauperis. Also pending are the following motions:

| | |
|---|---|
| Doc. 2 | Plaintiffs' Motion for Leave to Proceed in Forma Pauperis |
| Doc. 5 | Plaintiffs' Motion to Recuse Judge Maurice M Paul, Senior Judge and Honorable Allan Kornblum |
| Doc. 7 | Defendant's Motion to Dismiss |
| Doc. 9 | Plaintiffs' Motion for Hearing |
| Doc. 13 | Plaintiffs' Amended Motion for Hearing |
| Doc. 19 | Defendant's Motion for Protective Order |
| Doc. 21 | Plaintiffs' Motion for Hearing in Open Court before ruling on Defendant's Motions |
| Doc. 23 | Plaintiffs' Motion to Call Honorable Maurice M. Paul, Senior District Judge and Honorable Allan Kornblum, United States Magistrate Judge, as a Witnesses |
| Doc. 26 | Plaintiffs' Motion to Disqualify Judge |
| Doc. 27 | Plaintiffs' Motion for Subpoena |
| Doc. 28 | Plaintiffs' Motion for Writ of Mandamus |
| Doc. 33 | Plaintiffs' Motion to Reassign Case |
| Doc. 35 | Plaintiffs' Motion to Denied Any Motion Filed by JK Buddy Irby Clerk or His Attorney |
| Doc. 36 | Plaintiffs' Motion for Hearing |
| Doc. 38 | Plaintiffs' Motion for Writ of Mandamus |
| Doc. 44 | Plaintiffs' Motion for the Court to Disqualify Itself from Hearing the Case |

The Court agrees with the Magistrate Judge's assessment that "the number, content, frequency, and disposition" of the Johnson's filings - in this and numerous other frivolous cases - show an abusive pattern.  The Court has reviewed each of the Plaintiffs' motions listed above, and finds them all to be rambling, incoherent and without merit.  They are all denied.  Moreover, the Court agrees with the Magistrate Judge that the motion to dismiss, Doc. 7, should be granted as the complaint fails to state a cause of action.  Finally, the Court also agrees that Mr. Johnson shall not be permitted to file any case without paying the full filing fee in advance.   It is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.  All motions filed by Plaintiff in this case are frivolous and are denied.

2. The motion to dismiss, Doc. 7, is granted, and this case is dismissed with prejudice.

3. The Clerk is directed to refuse any case opening filings from Mr. Johnson or the Johnsons together without full payment of the filing fee in advance.

**DONE AND ORDERED** this  *8th*   day of July, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge